**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>PAUL W. GRIMM<br>UNITED STATES MAGISTRATE JUDGE | 101 W. LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-4560<br>(410) 962-3630 FAX |

May 16, 2003

Allan B. Rabineau, Esquire
World Trade Center
401 East Pratt Street, Suite 2252
Baltimore, Maryland 21202

Harold L. Burgin, Esquire
28 West Allegheny Avenue, Suite 500
Baltimore, Maryland 21204

RE:   Raleigh D. Jones v. Ellen M. Jones
      Civil Action No.: WMN-01-4022

Dear Counsel:

Please be advised that a telephone status/scheduling conference in the above case has been rescheduled for Friday, May 16, 2003 at 3:00 p.m.   I would appreciate if counsel for the plaintiff, Allan B. Rabineau, initiate the call to my chambers and Mr. Burgin.

Your anticipated cooperation in this matter is greatly appreciated.

Very truly yours,

/S/

Paul W. Grimm
United States Magistrate Judge

cc:   Honorable William M. Nickerson
      Chambers file