IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RALEIGH D. JONES
    Plaintiff

v.

ELLEN M. JONES
    Defendant

Case No. PWG-01-4022

*FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2003 NOV 12 P 4:37 BALTI_ _DEPUT*

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Plaintiff, Raleigh D. Jones, against the Defendant, Ellen M. Jones, it is this ___12th___ day of __November__, 20_03_,

**ORDERED,**

Judgment is entered in favor of Plaintiff against Defendant, in the amount of $13,514.23 for past medical expenses, $17,917.24 for past loss of earnings, and $30,000.00 for noneconomic damages, with costs; and

2.    Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

HONORABLE PAUL W. GRIMM
United States Magistrate Judge