IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RALEIGH D JONES

    Plaintiff

    v.                     Case No.: PWG-01-4022

ELLEN M. JONES

    Defendant

## SPECIAL VERDICT SHEET

In what amount do you assess damages in favor of the plaintiff for the following:

a. Past medical expenses:   $ 13,514.23

b. Past loss of earnings:   $ 17,917.24

c. Noneconomic damages:   $ 30,000.00

Date: NOVEMBER 10, 2003

_____
Jury Foreperson