# RALEIGH D. JONES

## vs.

# ELLEN M. JONES

Civil No. ~~WMN~~ PWG -01-4022                                  Plaintiff's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1A | | NOV 1 0 2003 | medical records - Univ. of Md. |
| 1B | | NOV 1 0 2003 | medical bills - Univ. of Md. |
| 2A | | NOV 1 0 2003 | medical reports - Univ. of Md-Diagnoste |
| 2B | | NOV 1 0 2003 | medical bills Univ. of Md. Diagnoste |
| 3A | | NOV 1 0 2003 | medical records of Kernan P.T. |
| 3B | | NOV 1 0 2003 | medical bills of KERNAN PT. |
| 4 | | NOV 1 0 2003 | Lost wage documents |
| 5 | | NOV 1 0 2003 | photographs of Plaintiff's vehicle |
| 6 | NOV 1 0 2003 | | Video - Dr. Macht |

U.S. District Court (Rev. 3/1999) - Exhibit List