IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RALEIGH D. JONES
    Plaintiff

vs.      Case No.: ~~WMN~~ PWG 01-4022

ELLEN M. JONES
    Defendant

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| _Plt. Bk_ | |
| | |
| | |
| All Plaintiff's exhibits returned: | All Defendant's exhibits returned: ___ |

Received the above listed exhibits this date:

Counsel for Plaintiff: _Allen B. Cohen_

Counsel for Defendant: _____

Date: _11/10/03_