IN THE UNITED STATES DISTRICT COURT ~~FOR~~
THE DISTRICT OF MARYLAND

RALEIGH D. JONES

    Plaintiff

v.                                      CASE NO.: WMN 01CV4022

ELLEN M. JONES

    Defendant

\*

### ORDER OF SATISFACTION

Sir/Madame Clerk

Please enter the captioned case as "PAID, SETTLED AND SATISFIED," upon payment of open costs by the Defendant.

_____
Allan B. Rabineau, Esquire
The World Trade Center, Suite 2252
401 East Pratt Street
Baltimore, Maryland 21202
(410) 837-9150